IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01306-WDM-CBS

ARLINGTON SQUARE INVESTMENTS,

     Plaintiff,

v.

MARCUS & MILLICHAP CAPITAL CORPORATION,

     Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order (*doc. no. 19)* is **GRANTED**.  The deadline for amendment of pleadings is extended to **December 22, 2006**.

     IT IS FURTHER ORDERED that when filing documents with the court, counsel are required to comply with all applicable:

- Federal Rules of Civil Procedure (FED.R.CIV.P. );
- Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR. ); *and*
- District of Colorado ECF Procedures (D.C. COLO. ECF. PROC.).

**Counsel for the Plaintiff is particularly instructed to note D.C.COLOL.CIVR. 10.1E** (spacing).  Future failure to comply with the aforementioned rules may result in denial or striking of the document(s).

**DATED:**     December 18, 2006